UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MISTY ERICKSON,<br><br>                Plaintiff,<br><br>   v.<br><br>WENDY'S INTERNATIONAL LONG-TERM DISABILITY PLAN and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                Defendants. | NO. CV-06-0162-EFS<br><br>**ORDER GRANTING STIPULATED JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

    The parties having entered into a stipulation for dismissal of the above-entitled matter with prejudice and without attorneys' fees or costs to any party, and having stipulated to the entry of this Order without further notice to any party, and the Court being fully advised in the premises; **IT IS HEREBY ORDERED** that the above-entitled matter is **dismissed with prejudice** and without attorneys' fees or costs to any party.  This file shall be **closed**.

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and provide a copy to counsel.

    **DATED** this <u>27th </u>day of June, 2007.

                                            <u>     s/Edward F. Shea     </u>
                                                EDWARD F. SHEA
                                United States District Judge

Q:\Civil\2006\0162.stip.dism.frm

ORDER ~ 1